August 26, 2019

*Via Electronic Case Filing (ECF)*

The Honorable Robin M. Meriweather
United States Magistrate Judge
The U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington D.C. 20001

  Re: *Blixt v. U.S. Department of State*, No. 1:18-cv-00124 (EGS) (RMM)

Dear Judge Meriweather,

  Undersigned counsel write jointly respectfully to raise an unresolved case-management issue: whether and to what extent discovery should be permitted in the above-referenced action ("Action").

  At a May 15, 2019 status conference in the Action, Judge Sullivan denied Defendants' motion to dismiss and indicated that this Court would resolve at a later date the question of whether and how much discovery is appropriate. *See* May 15, 2019 Status Conf. Tr. 45:23–46:1. Thereafter, this Court referred mediation and discovery matters in the Action to Your Honor. *See* May 15, 2019 Minute Order. In a joint status report filed on May 31, the Parties outlined their respective positions regarding the extent to which it would be appropriate for discovery in the Action, in addition to Defendants' production of the administrative record relating to the citizenship determinations at issue. *See* Jt. Status Rept. ECF No. 31. On June 28, Defendants filed their Notice of Filing of Certified Index of the Administrative Record. ECF No. 43. On August 6, Plaintiffs served their First Set of Requests for Production of Documents.

  The Parties are available at this Court's convenience to address these matters further, either in writing or by means of a case-management conference, including the extent to which further discovery should proceed in this case and, if so, on what schedule.

           Respectfully submitted,

*Counsel for Plaintiffs:*

*s/ Elizabeth A. Cassady*
SULLIVAN & CROMWELL LLP
Elizabeth A. Cassady
(D.C. Bar. No. 997160)
1700 New York
Washington D.C., 20006
Tel: 202-956-6980
Email: cassadye@sullcrom.com

*Counsel for Defendants:*

JOSEPH H. HUNT
Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director

By: *s/ Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
LISA MARCUS
Trial Attorneys
United States Department of Justice

Theodore Edelman
(admitted *pro hac vice*)
Jessica Klein
(admitted *pro hac vice*)
125 Broad Street
New York, NY 10004
Tel: 212-558-4000

IMMIGRATION EQUALITY
Aaron C. Morris
40 Exchange Place
Suite 1300
New York, New York 10005
Tel: 212-714-2904
Email:
amorris@immigrationequality.org

*Counsel for Plaintiffs*

Civil Division
Federal Programs Branch
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 305-0845
Fax: (202) 616-8470
Email:
Vinita.b.andrapalliyal@usdoj.gov

*Counsel for Defendants*